

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *Premium Valve Services, LLC v. Comstock Oil & Gas, Comstock Oil
& Gas—Louisiana, LLC; and Certain Underwriters*

Appellate case number:   01-15-00108-CV

Trial court case number: 2009-65461

Trial court:             270th District Court of Harris County

Party filing motion:     Appellees

     The panel voted unanimously to deny appellees' motion for rehearing.


Judge's signature: /s/   Russell Lloyd
                       Acting for the Court

Panel consists of: Justices Bland, Brown, and Lloyd.


Date:  December 1, 2016